## DECLARATION

This affidavit is submitted in support of a complaint for forfeiture of a black 2004 Mercedes-Benz C240, vehicle identification number WDBRF81J64F546136.

I, Gary Eitel, Special Agent of the United States Secret Service, submit that there are sufficient facts to support a reasonable belief that the black 2004 Mercedes-Benz C240 was used to transport counterfeit United States currency in violation of 49 U.S.C. § 80302 and thus is subject to forfeiture pursuant to 49 U.S.C. § 80303.

a) On October 22, 2012, the Highs Service Station, 4700 Muddy Creek Road, Galesville, Maryland, received a counterfeit $20 bill earlier that day from a white female wearing pajama bottoms.

b) That same day, the Highs Service Station was contacted by M&T Bank, 632 East Bayfront Road, Deale, Maryland, regarding a counterfeit $20 bill found in the Highs Service Station's nightly deposit from October 21, 2012.

c) The counterfeit $20 bill recovered from M&T Bank bore the same serial number, JK01499679A, as the one recovered from the Highs Service Station.

d) Also on October 22, 2012, an M&T Bank customer attempted to make a cash deposit which included a counterfeit $20 bill bearing the same serial number as the bills recovered from the Highs Service Station and the Highs Service Station's night deposit at M&T Bank. The customer advised that he received the bill from Captain Kids Liquor Store, across the street from M&T Bank.

e) A 7-Eleven convenience store located at 5809 Deale Churchton Road, Deale, Maryland, had two counterfeit $20 bills bearing the same serial numbers as the other three bills recovered from the Highs Service Station and M&T Bank.

f) On October 22, 2012, a female subject matching the description of the woman seen passing the counterfeit bill earlier that day at the Highs Service Station at 4700 Muddy Creek Road, and later identified as Amber Grosse, entered a second Highs store at 5761 Deale Churchton Road and attempted to pass a counterfeit $20 bill.

g) At the Highs store at 5761 Deale Churchton Road, Grosse was found by police in the passenger seat of the subject black 2004 Mercedes C240, Maryland tag 9AR0343.

h) Collin Donohue was in the driver's seat.

i) Inside the vehicle were what appeared to be narcotics and a torn-up counterfeit $20 bills.

j) One counterfeit $20 bill was recovered from Grosse.

k) Five more torn counterfeit $20 bills were in the rear pocket of the passenger seat.

l) All of the counterfeit bills described above bore the same serial number.

m) A black backpack recovered from the car contained several pieces of 8½ x 11 inch paper, from which the subject counterfeit bills were cut.

n) Grosse and Donohue were arrested for possession of narcotics and counterfeit.

o) An inquiry of the FIRS/CTA database indicated 41 passes of the subject counterfeit $20 bill, bearing serial number JK01499679A, almost exclusively in the Salisbury area, beginning in September 2012.

p) At the time of his arrest, Donohue was a student at Salisbury University. He lived at 1008 Arthur Court, Apartment 458, Salisbury, Maryland.

q) Continuing on October 22, 2012, Officer Brian Kriewald and I interviewed Collin Donohue. Donohue acknowledged his Miranda rights, which he waived and agreed to be interviewed.

r) Donohue acknowledged that he knew that the counterfeit bills, on uncut sheets of paper, were in his black backpack in the subject vehicle.

s) Donohue claimed that Grosse found the counterfeit $20 bills in the backpack and, without his knowledge, cut the counterfeit bills from the sheets of paper and passed them at the stores.

t) Donohue said that he was not aware that Grosse had passed the counterfeit bills when the officer pulled in behind them at the Highs store.

u) Donohue claimed that he did not make the counterfeit bills, but he allowed friends to use his printer to produce the bills at his residence in Salisbury.

v) Donohue said that his friends started making counterfeit bills at the end of September and have made it on two or three occasions; the last time was a week prior.

w) Donohue estimated that a total of $5,000 to $6,000 was printed.

x) Donohue said that they used one $20 bill, two different $50 bills, and one $100 bill to produce the counterfeit bills.

y) Donohue said that a week prior an individual he knew as "Jay" came to his residence and made $4,000 in counterfeit $20 bills, taking $3,200 and leaving the remaining $800 as payment for Donohue.

z) Donohue said that none of the counterfeit bills made by the individual known as "Jay" were cut out of the sheets of paper. Donohue said that "Jay" would take the sheets with him and have someone else cut them using a paper cutter.

aa) Donohue identified the other subjects who came over to make counterfeit bills as "Yama" and "Lamar."

bb) Continuing on October 22, 2012, the Salisbury Police Department executed a state search warrant on Donohue's residence at 1008 Arthur Court, Apartment 458, Salisbury, Maryland.

cc) The Salisbury Police Department recovered: one printer; five 8½ x 11 inch pieces of paper, each containing one image of a counterfeit $20 bill; and three counterfeit $20 bills that were cut out, all bearing the same identifiers as the subject counterfeit $20 bills: serial number JK01499679A, series 2009.

dd) Subsequent to the arrests of Donohue and Grosse, the subject vehicle was impounded by the Anne Arundel County Police Department and towed to JT Restorations, 5849 Deale Churchton Road, Deale, Maryland. The vehicle was transferred to the custody of the United States Secret Service and is currently located at Bel Air Auto Auction, 802 A Belair Road, Bel Air, Maryland, pending seizure pursuant to 49 U.S.C. § 80303.

ee) According to Maryland Motor Vehicle Administration records, the subject vehicle, a 2004 Mercedes-Benz C240, vehicle identification number WDBRF81J64F546136, Maryland tag number 9AR0343, title number 43560529, is registered and titled to Collin J. Donohue and co-owner Liisa Ann Donohue (mother). The address reported on Donohue's Maryland driver's license and the vehicle registration is 249 Hidden Valley Road, Tracy's Landing, Maryland, 20779.

ff) Donohue and Grosse have been charged with state counterfeit violations in Anne Arundel County. Donohue has been charged with state counterfeit violations in Wicomico County.

gg) Donohue does not have a criminal history.

hh) A search conducted by Maryland Department of Labor, Licensing, and Regulation Division of Unemployment Insurance indicated the following employment for Collin Donohue

during the second and third quarter of 2012: Phillips Crab House, 2004 North Philadelphia Avenue, Ocean City, Maryland.

I DECLARE UNDER PENALTY OF PERJURY PURSUANT TO TITLE 28 U.S.C. § 1746 THAT THE FACTS SUBMITTED BY THE UNITED STATES SECRET SERVICE, IN REFERENCE TO THE SEIZURE OF A BLACK 2004 MERCEDES-BENZ C240 FROM COLLIN DONOHUE ARE ACCURATE, TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

*(signature)*
Gary Eitel
Special Agent
United States Secret Service